# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ANTONIO COLBERT,          )<br>                           )<br>    Plaintiff,            )<br>                           )<br>        v.                 )<br>                           )<br>F.B.I., et al.,           )<br>                           )<br>    Defendants.           )<br>                           ) | Civil Action Nos.<br>11-771, 11-772, 11-928 (JDB) |

## MEMORANDUM OPINION

Plaintiff commenced these consolidated cases against the Federal Bureau of Investigation, the United States Attorney's Office for the District of Columbia, and the Clerk of the United States Court of Appeals for the District of Columbia Circuit, alleging that they all in some way or another contributed to the disruption of his mail. Defendants moved to dismiss these cases. *See* Def.'s Mot. to Dismiss the Compls., ECF No. 5.[1] The Court ordered Plaintiff to respond to that motion on or before August 1, 2011 and warned Plaintiff that failure to timely respond could result in the motion being granted as conceded. Order, ECF No. 10. To date, Plaintiff has not filed any response to that motion. Therefore, in a separate order to issue this date, the Court will grant the motion to dismiss as conceded.

Date: September 9, 2011

/s/
JOHN D. BATES
United States District Judge

---

[1] ECF numbers refer to the docket in Civil Action No. 11-771.